IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. LYNCH,
    Plaintiff,

v.                                                    CIVIL ACTION NO. 18-CV-3254

ROSALYN K. ROBINSON, *et al.*,
    Defendants.

FILED
AUG - 8 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 7th day of August, 2018, upon consideration of Plaintiff John J. Lynch's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 3), Prisoner Trust Fund Account Statement (ECF No. 4), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(b).

2.     Lynch, #NF-7973, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Lynch, an initial partial filing fee of $71.53 is assessed. The Superintendent or other appropriate official at SCI Houtzdale or at any other prison at which Lynch may be incarcerated is directed to deduct $71.53 from Lynch's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-3254. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at SCI Houtzdale or at any other prison at which Lynch may be incarcerated, shall deduct from Lynch's account, each time that Lynch's inmate trust fund account exceeds $10.00, an amount no greater than 20 percent of the money

credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 18-3254.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Houtzdale.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Lynch's claims seeking review of state court orders and judgments are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Lynch's claims pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Lynch may not file an amended complaint in this matter.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____
J. CURTIS JOYNER, J.